[No. 2678–3.   Division Three.   February 1, 1979.]

SHIRLEY HEPTON, *Appellant,* v. CHET F. LEESON,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 214666, Donald N. Olson, J., entered December 7, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[Nos. 2447–3; 2501–3.   Division Three.   February 1, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD L.
SHAFFER, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Franklin County, Nos. 3570, 3571, Albert J. Yencopal, J., entered May 13, 1977. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.

[No. 5864–1.   Division One.   February 5, 1979.]

*In the Matter of the Welfare of*
MICHAEL DAVID LARSON.

Appeal from a judgment of the Superior Court for King County, No. J–76179; Janice Niemi, J., entered June 20, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Farris, C.J., and Williams, J.

[No. 5896–1.   Division One.   February 5, 1979.]

ACE NOVELTY COMPANY, INC., *Appellant,* v. RAYMOND G.
WESTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 796709, Norman B. Ackley, J., entered August 10, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Dore, JJ.